UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDGAR UMANSOR, | Case No.  2:20-cv-00819-APG-VCF |
| Plaintiff | **ORDER** |
| v. | |
| WILLIAMS, *et al.,* | |
| Defendants | |

## I.    DISCUSSION

On May 8, 2020, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action no later than July 8, 2020.  (ECF No. 2 at 2).  Thereafter, Plaintiff filed a response and two supplements (ECF Nos. 3, 4, and 5)  stating that he was still trying to obtain the financial certificate and 6-month inmate account statement from the Nevada Department of Corrections ("NDOC").  On June 26, 2020, Plaintiff filed a motion for an extension of time.  (ECF No. 6). The Court now grants Plaintiff's motion for an extension of time.  Plaintiff shall file a fully complete application to proceed *in forma pauperis*, including financial attachments, or pay the full $400 filing fee on or before **August 3, 2020**.

## II.    CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 6) is granted.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **August 3, 2020**, Plaintiff will either pay the full $400 filing fee for a civil action (which includes the $350 filing fee and the $50 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this

Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $400 filing fee for a civil action on or before **August 3, 2020**, the Court will dismiss this action without prejudice for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis*.

DATED: ___7-1-2020_____

_____
UNITED STATES MAGISTRATE JUDGE