# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDGAR UMANSOR,<br><br>    Plaintiff<br><br>v.<br><br>WARDEN WILLIAMS, et al.,<br><br>    Defendants | Case No.: 2:20-cv-00819-APG-VCF<br><br>**Order Granting Voluntary Dismissal and Refund of Filing Fee**<br><br>[ECF Nos. 13, 16, 17] |

Plaintiff Edgar Umansor moves to dismiss his case and for a refund of his filing fee. ECF Nos. 16, 17. I grant his motions.

I THEREFORE ORDER that plaintiff Edgar Umansor's motion to dismiss **(ECF No. 16) is GRANTED**.

I FURTHER ORDER that plaintiff Edgar Umansor's motion for status of receipt of filing fee **(ECF No. 13) is DENIED as moot**.

I FURTHER ORDER that Edgar Umansor's motion for refund of filing fee **(ECF No. 17) is GRANTED**.  The clerk of court is to refund the filing fee to Edgar Umansor.

I FURTHER ORDER the clerk of court to close this case.

DATED this 24th day of September, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE